**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 18, 2013.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-12-01118-CV

**LONE STAR COLLEGE SYSTEM DISTRICT D/B/A LONE STAR COLLEGE SYSTEM, Appellant**

**V.**

**CADENCE MCSHANE CONSTRUCTION COURT COMPANY LCC, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-45863**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 20, 2012. On June 27, 2013, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.